File Hashes for IP Address 75.32.224.164

**ISP:** AT&T Internet Services
**Physical Location:** Rancho Santa Fe, CA

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 01/11/2016 17:56:37 | FC4E13B4D757B4FCFB0D26D352545F93FDC0A618 | Inside Caprice |
| 12/09/2015 23:36:02 | C958AB1C9ECD85EAD2A064C961B87294825B50B9 | Like The First Time |
| 11/03/2015 21:00:23 | AB856E4AB4CB118913107C2FEF271FFC8B045A2F | Skin Tillating Sex For Three |
| 09/22/2015 18:49:34 | D1938508B57B1953E3CB1905052DA996C5AF823B | My Blue Heaven |
| 08/15/2015 02:59:43 | CA3C23FAE5444F335FD8373BB681D839CC5A0735 | Infinite Luvv |
| 07/15/2015 17:04:01 | 5C30DE82F7E89D24029295062F75FF4DE909D8FE | Catching The Sun |
| 06/24/2015 19:15:20 | FAB4502ED040614F7DDCDB9FD1583E8BA0F4DDD9 | Seize The Moment |
| 05/26/2015 16:42:07 | F41EE30A9D4F00C9A9790C01560D3820CDE0C623 | Above The Air |
| 05/11/2015 16:26:04 | 0D376DB8F40BD705562E0BEC161F80FCC3888276 | Take Your Picture |
| 05/08/2015 16:45:25 | 306B958F03940E1AC266829CB13B3C949B5BF2A4 | Dripping Pleasures |
| 05/08/2015 16:40:10 | 1C270D98F32BE3DC936354EB57C8A4E43E256886 | Good Morning I Love You |
| 05/08/2015 16:22:04 | 34751866B9F5C5B1F6BA581DBBEE8B294C6E137E | Keep On Cumming |
| 04/02/2015 22:01:17 | 048BE03E1D8A2BD6A35047641EBA9D7983118FE5 | UnBREElievable |
| 03/09/2015 17:00:35 | F71032187781918216215D75E2A464CDAA3AEE17 | Best Friends With Benefits |
| 02/17/2015 17:23:58 | 55FD6FD13B0A4A60A0F942A6F751E17378A05A00 | Bring Me To My Knees |
| 02/02/2015 17:51:52 | 8F841D13D963CAEAB09C1B9449CC3C4E08D551B0 | The Studio Part #2 |
| 01/06/2015 19:22:58 | DC68B75F6D146B1139EC9559C4AE1CEA5BF8CD7D | Barely Fits |
| 12/23/2014 18:29:23 | 1E97F2DCFD365473607999103DF49903CA998C68 | Tease Me Please Me |
| 12/23/2014 18:21:00 | 0FF0B7182FBC423205C7E8DEBDB89B89101E32E1 | Fashion Models Are Bisexual |
| 12/19/2014 21:53:39 | 23DC6D91B2384F96F7E376D052C127A326D17514 | Enjoy the Ride |
| 12/01/2014 22:03:00 | D5ABE1D926E20F257D3ECF003F28A733C2801684 | Forever You Part #2 |
| 12/01/2014 21:45:04 | D0E24FF4A67A88E15076A52CFF6C0B9EED14AB26 | Light My Fire |

EXHIBIT A

SCA92

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 11/27/2014 10:49:35 | D087A56C21A40EF80F6C64F5761D02CC74D81834 | Spellbound |
| 11/27/2014 10:49:34 | D5E276E864652942FCE11348DDE2BA0FA1ACAF6A | Tight and Wet |
| 11/27/2014 09:20:33 | 7B3BD6CB04B4820C3BB3A3716B5B55F02FB89EBF | Cum In Get Wet |
| 11/27/2014 07:52:55 | 88880BA49BE6AECD218F30F515D301C1527CF1D2 | Fuck Me More |
| 11/13/2014 22:46:07 | 6B534D9734BE61DE03586B41D188594BBBB3B425 | Summertime |
| 10/28/2014 23:36:40 | 1FA451E3EA5E606AE968B50568A14A91009121DE | Do Me Darling |
| 10/13/2014 16:01:00 | 64F6DA91C960DD3E1C9E918D7D4AEC549FDF7956 | Spanish Heat |
| 10/10/2014 18:42:19 | E90F5CB867EDE909D152898BE5D62D119F9825CD | Serving Seduction |
| 09/29/2014 22:21:17 | 9ACFFDFC3BE4EB1B5AC9ABCB89853D2070857F2D | Lisas Hidden Cam |
| 09/29/2014 22:20:18 | 1474DBF9CD875F0043A4BC62C394C4DFEE5A0A1B | Sexy and Wild |
| 09/29/2014 22:14:48 | 5C5754B5C8331B230119E97332848690BD0EB76F | Our Little Cum Cottage |
| 09/29/2014 22:05:05 | 1D7E74C33FAD4573A9D96C1F3EC14CD02445DD02 | Hot Bath For Two |
| 09/29/2014 22:01:52 | 9D3A9E752717EFAA4505982B80E747265E974FDB | Nice And Slow |
| 09/29/2014 21:58:57 | 1390FF0BBB9D66CCE99CEC4F2B1D3404F0E730FA | Sparks |
| 09/17/2014 17:06:36 | 0A23490A4EAB86108F82B874642118AAB248FA8C | Shes A Spinner |
| 09/03/2014 18:01:50 | BDEBC6312761D8E5223135F25155CE1730D74E5F | Tiffanys Tight Ass |
| 09/03/2014 18:00:36 | 7A4995CAD71D31FF581945E35ABE694C7EDE32DC | Paint Me White |
| 08/21/2014 17:45:07 | 5612B6644244B6DA8CCB3EE46164EBE96C0220E0 | Thunderstorm Love |
| 08/21/2014 17:44:49 | AE0A6BB64F202B84FF197083E06F3A7E72951983 | A Dream Of You |
| 08/11/2014 15:46:17 | 63FC12CDDF5DBE0304B7EBD6AC3B0435D01B358C | For Your Eyes Only |
| 08/11/2014 15:16:33 | 4ED5E9101231B985972A344296E0C65691327C34 | Breakfast At Eves |
| 08/04/2014 18:39:51 | E1BE6881FAD21714DE5796B34230B1AF6BE71483 | Any And All For You |
| 08/04/2014 18:37:20 | F7FAFED627CC028ACA02887C7199AC8CCCCB8428 | Carry Me Home |
| 07/28/2014 16:59:03 | 46534E73B0D16742309BCAF6FB5D8F8DCEF5EC95 | Rock Me Baby |
| 07/28/2014 15:48:32 | D2CEF42B12255477B18002859B65233E80C6FCE8 | Be With Me |

EXHIBIT A

SCA92

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 07/28/2014 15:43:33 | 61C6B894FC9D577FC3C630535621FF80874FF77A | Yours Forever |
| 07/07/2014 19:19:26 | 06D009307C18A7C3CDCEF04B2D5D1D41281049C1 | Chloe Loves Carl Part 2 |
| 07/07/2014 19:15:00 | 2A05E9869A686BCAD59ACBAA0203049202AEAE0C | Sexy In The City |
| 07/07/2014 19:11:11 | 4F6D7C009DDC1DBE97EF793B9E87C7FAECE92C53 | Tie Her Up For Me |
| 06/27/2014 16:38:10 | FC886EF2E1708CFC7115D2DDF773C6118755F233 | Lovers Way |
| 06/27/2014 16:31:49 | 61A9FAF7574D48FCB656BD866BE4BFBB4A498CF9 | Dancing Romance |
| 06/27/2014 16:31:06 | 8D357CC8A76374C2534F5B6C92DFA6373DD18A48 | Coming Late |
| 06/17/2014 17:20:33 | 0C4B2406B2C4F151DC576F747487DB1A555778BE | Come from Behind |
| 06/06/2014 19:13:11 | 00C13D33EBDBEDD8A8A3E4DA68B9A33B614E20A9 | Blindfold Me Baby |
| 06/06/2014 19:03:56 | 67026053D98E723952937A2BE2935A1BEFD72BF0 | Two By Two |
| 06/06/2014 18:58:00 | 17E9C7AAB73C2845D20844533DD246E8A8A81F03 | From Three to Four Part 2 |
| 06/06/2014 18:56:05 | 84ABF3B1B881BF16E463DEE19669223AB87B562F | Sex With Glasses |
| 05/27/2014 18:35:44 | 0EB4D1D1979E69AA5CA4986105A80114852924A7 | Just Watch Part 2 |
| 05/27/2014 18:32:25 | 06AC7448218B6AC5F63B777630398DDCCD763FEC | Rope Priority |
| 05/27/2014 18:30:26 | 6EC4EAC1DF8D6C9F6A7C69FB03130A8273DBACF2 | Epic Love |
| 05/19/2014 15:48:53 | 0A03FABE8B34753DE33F854DDBC58E9540F49703 | From Three to Four |
| 05/15/2014 22:33:52 | 0A05FD57476DB076D85453C9C23FEF5794899100 | Perfect Timing |
| 05/15/2014 22:33:30 | 3C7DD8FEFFE1AF59D6D826F33A824570776B024D | Brazilian Love Affair |
| 05/15/2014 22:24:11 | F30DFC38D86832C2252633A6967287C5ED4F1F53 | A Thought of You Part 2 |
| 04/30/2014 16:12:33 | E71DF661087EB809D6EB25F6838A44089F48AD36 | Surprise Surprise |
| 04/30/2014 16:12:03 | 651B862FF2710E54DF6F54D29CE44A089EECA439 | Tantric Massage |
| 04/28/2014 23:04:11 | 9D879219A3FEE86B141C823573A01529D3153994 | Raw Passion |
| 04/21/2014 20:08:39 | D7967F3B32132CF925D535059A208B2FA4DEB59F | Group Sex |
| 04/21/2014 20:07:23 | 6D49FF84A616C511D7546281E353CF1102501445 | Double Tease |
| 04/14/2014 17:00:42 | E4C30591C47E8AA25BFB0DA50EB90E23CC7A3767 | Catching Up |

EXHIBIT A

SCA92

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 04/14/2014 16:54:08 | 65A94886F80F754C8920E2B13DE0DA0B59DD9BD8 | Rendezvous |
| 04/01/2014 16:20:04 | AD3F53027CB90D4B3D4E1A6D35C2A3FDC210830C | My Days in Rome |
| 04/01/2014 16:18:46 | A1AD1EFC25ECACCAF835F06862CEB5EC40D1289F | Deep Blue Passion |
| 03/17/2014 21:28:23 | 597B0F364B3D469F8CE7B03C0CC30AB4F1EED98E | Fashion Fantasy |
| 03/17/2014 21:27:54 | 0C14A8E784BDD71479950FD8F7595933530321CE | Trophy Wife |
| 03/13/2014 17:02:32 | 0B47864D8C9CD5861544A12216C64799EC84A665 | Making Music |
| 03/13/2014 16:57:59 | 568DFC435ACFEA9BB0C6A1E7435D97D073731A63 | Remembering Strawberry Wine |
| 03/04/2014 16:16:11 | 682575B3B625CA6B47485CCA605C404ABE372B72 | I Am In the Mood |
| 02/24/2014 21:03:12 | 1067EB2767EA77D4F6B6C3D5D89A9F3D8CC0AC83 | Feeling Frisky |
| 02/21/2014 21:52:10 | 82757EE5781DBA912960230FB84F9584B15C26E9 | Just the Three of Us |
| 02/21/2014 21:44:52 | 0A2B04324A08DF74EAC2CC1CDDFB04006C31E005 | Pretty Little Belle |
| 02/21/2014 21:42:21 | D842B05B53985CDB4AF3AEC2D87A6DE98F3D2821 | Go Fish |
| 02/21/2014 21:37:19 | 19145F95D36D08666B97481F2374E6AF240D5249 | At Home With Tiffany |
| 02/07/2014 19:39:40 | 4EAF12772FE00F106FD91610E5325F1BFF87C75A | Three Way is the Best Way |
| 02/07/2014 19:35:49 | EA6D5FCBB71047923139D455FAD0452434F44905 | Submissive Seduction |
| 02/07/2014 19:35:19 | 225411BA06B97B0EBC217138030D5E7863FFEBE4 | Risky Business |
| 01/27/2014 16:55:05 | 5FFD111B645C6FBB09011561D4429404574D008C | Mile High Club |
| 01/27/2014 16:37:04 | 50382B6B4E631CB819FBD4C6ECE28437FDE333C6 | So Young |
| 01/16/2014 00:02:16 | 0FDC4744D319DB3683FBAE57013DD6D38DA73440 | Zeppelin on Fire |
| 01/15/2014 23:51:56 | A54ED12E9024858D296309B1A066FD2D93094B54 | No Turning Back Part #2 |
| 01/15/2014 23:38:58 | FFE24D4FE2F6CFB764D826F4DB60B60A3B23FEC0 | Playing Dress Up |
| 12/19/2013 01:42:43 | 70297DC345CA665E8DDADB438E498CFFFB66AD57 | Model Couple on Vacation |
| 12/16/2013 23:23:02 | EA9871DB824159E8431575BE1EF3965DD0C6D0C6 | Good Night Kiss |
| 12/06/2013 05:26:31 | 4D48C50B8394CD2C150BAA1E1666D242CE487F52 | Tease and Please |
| 12/06/2013 05:25:18 | D5870D4CA6BE07B2CAB96B895FD5A99FC6D08C2C | LA Plans |

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 12/06/2013 02:26:29 | 08F449D36134BB91DFBBEE8EF99368A3A34B252D | Arrest Me |
| 12/06/2013 01:58:50 | 63F6690982249BA9B11FF0EFC6679C75B0E1433D | Ready for Love |
| 11/12/2013 16:39:57 | 04952B27953304E7D335AF1D3A496516D44E959B | Awakening |
| 10/14/2013 17:43:22 | 212EBDF3BF5AF9847AE0C5CBDB76C24C46FF6DCE | They Meet Again |
| 08/29/2013 04:52:05 | A816B307284BFBD25CEF06E4CDC90EC20FFADCE5 | Alone Is A Dream Left Behind |
| 08/29/2013 04:44:51 | DE70FE420A9B66CE2719299D783BE2E527AD831D | We Love Ourselves |
| 07/29/2013 16:14:28 | C7BC0193E277E763A9242A327FF5F9D8066F36E5 | Introducing Mila |
| 07/25/2013 23:23:14 | CAEFFEC35B31DA379539DFA483F61866D519B82B | Up Close and Personal |
| 07/19/2013 20:28:29 | E52F3EF3AE1909D8846DDA073D524E5EC7519895 | Mad Passion |
| 07/19/2013 18:21:04 | 0260EBD4C4ABA9E3288657263F8958884A130F5E | I Love X Art |
| 07/18/2013 00:12:50 | BE0B6791E0948A442EF036F576EB7B7E38A163C7 | Wonder Waltz |
| 07/17/2013 23:40:51 | 059A36145A958C54CA7C4D9CF34BB5DAA2BE531E | Pool Party For Three |
| 07/07/2013 01:21:49 | C1520325A50BD20A91101195F50C46194B34C243 | Girls Who Like Girls |
| 07/06/2013 22:30:38 | F92D320B3D153EB848CD9C470477E1C3F5C2281B | Good Morning Baby |
| 07/02/2013 16:39:31 | F98E84A5D71C30D9A1BEC94E55B51B2D8085B112 | Only Girls |
| 06/03/2013 17:09:24 | 8A9916DF81F0E99C2067407F27B6149D869A42F3 | Sapphic Waltz |
| 05/25/2013 00:22:23 | AAC5932DC97132348B16C88F1BBBD20C89B3FB12 | Truth or Dare |
| 05/12/2013 11:24:47 | 3EFAE03236F860A7041B265BBC57E47010F2D3E3 | Names |

**Total Statutory Claims Against Defendant: 115**

EXHIBIT A