**Copyrights-In-Suit for IP Address 75.32.224.164**

**ISP:** AT&T Internet Services
**Location:** Rancho Santa Fe, CA

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Inside Caprice | PENDING | 12/29/2015 | 01/18/2016 | 01/11/2016 |
| Like The First Time | PA0001778844 | 02/29/2012 | 02/29/2012 | 12/09/2015 |
| Skin Tillating Sex For Three | PA0001973993 | 10/03/2015 | 11/03/2015 | 11/03/2015 |
| My Blue Heaven | PA0001967077 | 09/05/2015 | 09/07/2015 | 09/22/2015 |
| Infinite Luvv | PA0001958606 | 08/12/2015 | 08/18/2015 | 08/15/2015 |
| Catching The Sun | PA0001950762 | 07/09/2015 | 07/13/2015 | 07/15/2015 |
| Seize The Moment | PA0001949371 | 06/20/2015 | 07/01/2015 | 06/24/2015 |
| Above The Air | PA0001944200 | 05/21/2015 | 05/26/2015 | 05/26/2015 |
| Take Your Picture | PA0001942863 | 05/09/2015 | 05/15/2015 | 05/11/2015 |
| Dripping Pleasures | PA0001941285 | 04/24/2015 | 04/27/2015 | 05/08/2015 |
| Good Morning I Love You | PA0001941287 | 04/22/2015 | 04/27/2015 | 05/08/2015 |
| Keep On Cumming | PA0001941999 | 04/30/2015 | 05/06/2015 | 05/08/2015 |
| UnBREElievable | PA0001938830 | 03/28/2015 | 04/06/2015 | 04/02/2015 |
| Best Friends With Benefits | PA0001935102 | 03/07/2015 | 03/11/2015 | 03/09/2015 |
| Bring Me To My Knees | PA0001932106 | 02/15/2015 | 02/17/2015 | 02/17/2015 |
| The Studio Part #2 | PA0001931476 | 01/28/2015 | 02/17/2015 | 02/02/2015 |
| Barely Fits | PA0001928412 | 01/03/2015 | 01/19/2015 | 01/06/2015 |
| Tease Me Please Me | PA0001926095 | 12/20/2014 | 12/29/2014 | 12/23/2014 |
| Fashion Models Are Bisexual | PA0001926085 | 12/16/2014 | 12/29/2014 | 12/23/2014 |
| Enjoy the Ride | PA0001926086 | 12/18/2014 | 12/29/2014 | 12/19/2014 |
| Forever You Part #2 | PA0001923966 | 11/30/2014 | 12/08/2014 | 12/01/2014 |

EXHIBIT B

SCA92

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Light My Fire | PA0001923961 | 11/28/2014 | 12/08/2014 | 12/01/2014 |
| Spellbound | PA0001922954 | 11/15/2014 | 11/18/2014 | 11/27/2014 |
| Tight and Wet | PA0001923176 | 11/19/2014 | 11/23/2014 | 11/27/2014 |
| Cum In Get Wet | PA0001923948 | 11/26/2014 | 12/08/2014 | 11/27/2014 |
| Fuck Me More | PA0001923957 | 11/22/2014 | 12/08/2014 | 11/27/2014 |
| Summertime | PA0001922274 | 11/09/2014 | 11/14/2014 | 11/13/2014 |
| Do Me Darling | PA0001921297 | 10/24/2014 | 11/06/2014 | 10/28/2014 |
| Spanish Heat | PA0001917709 | 10/13/2014 | 10/19/2014 | 10/13/2014 |
| Serving Seduction | PA0001916704 | 10/08/2014 | 10/09/2014 | 10/10/2014 |
| Lisas Hidden Cam | PA0001914534 | 09/11/2014 | 09/16/2014 | 09/29/2014 |
| Sexy and Wild | PA0001914530 | 09/15/2014 | 09/16/2014 | 09/29/2014 |
| Our Little Cum Cottage | PA0001914537 | 09/05/2014 | 09/17/2014 | 09/29/2014 |
| Hot Bath For Two | PA0001914734 | 09/20/2014 | 09/22/2014 | 09/29/2014 |
| Nice And Slow | PA0001916038 | 09/28/2014 | 10/06/2014 | 09/29/2014 |
| Sparks | PA0001916039 | 09/24/2014 | 10/06/2014 | 09/29/2014 |
| Shes A Spinner | PA0001914521 | 09/03/2014 | 09/17/2014 | 09/17/2014 |
| Tiffanys Tight Ass | PA0001912772 | 08/30/2014 | 09/17/2014 | 09/03/2014 |
| Paint Me White | PA0001909785 | 08/24/2014 | 08/26/2014 | 09/03/2014 |
| Thunderstorm Love | PA0001909507 | 08/13/2014 | 08/26/2014 | 08/21/2014 |
| A Dream Of You | PA0001909516 | 08/15/2014 | 08/26/2014 | 08/21/2014 |
| For Your Eyes Only | PA0001909485 | 08/11/2014 | 08/19/2014 | 08/11/2014 |
| Breakfast At Eves | PA0001909480 | 08/06/2014 | 08/26/2014 | 08/11/2014 |
| Any And All For You | PA0001908677 | 08/02/2014 | 08/11/2014 | 08/04/2014 |
| Carry Me Home | PA0001908452 | 07/29/2014 | 08/04/2014 | 08/04/2014 |
| Rock Me Baby | PENDING | 07/19/2014 | | 07/28/2014 |

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Be With Me | PA0001907574 | 07/21/2014 | 07/25/2014 | 07/28/2014 |
| Yours Forever | PA0001907573 | 07/15/2014 | 07/25/2014 | 07/28/2014 |
| Chloe Loves Carl Part 2 | PA0001906561 | 07/05/2014 | 07/14/2014 | 07/07/2014 |
| Sexy In The City | PA0001905511 | 06/27/2014 | 07/02/2014 | 07/07/2014 |
| Tie Her Up For Me | PA0001906551 | 07/03/2014 | 07/14/2014 | 07/07/2014 |
| Lovers Way | PA0001905141 | 06/21/2014 | 07/02/2014 | 06/27/2014 |
| Dancing Romance | PA0001903915 | 06/07/2014 | 06/12/2014 | 06/27/2014 |
| Coming Late | PA0001904286 | 06/19/2014 | 06/24/2014 | 06/27/2014 |
| Come from Behind | PA0001863248 | 09/23/2013 | 09/26/2013 | 06/17/2014 |
| Blindfold Me Baby | PA0001902971 | 05/30/2014 | 06/06/2014 | 06/06/2014 |
| Two By Two | PA0001898093 | 05/23/2014 | 06/06/2014 | 06/06/2014 |
| From Three to Four Part 2 | PA0001902970 | 06/01/2014 | 06/06/2014 | 06/06/2014 |
| Sex With Glasses | PA0001903914 | 06/05/2014 | 06/12/2014 | 06/06/2014 |
| Just Watch Part 2 | PA0001902964 | 05/27/2014 | 06/06/2014 | 05/27/2014 |
| Rope Priority | PA0001895760 | 05/11/2014 | 05/16/2014 | 05/27/2014 |
| Epic Love | PA0001898091 | 05/25/2014 | 06/06/2014 | 05/27/2014 |
| From Three to Four | PA0001898059 | 05/19/2014 | 06/06/2014 | 05/19/2014 |
| Perfect Timing | PA0001895848 | 05/07/2014 | 05/16/2014 | 05/15/2014 |
| Brazilian Love Affair | PA0001895095 | 05/03/2014 | 05/12/2014 | 05/15/2014 |
| A Thought of You Part 2 | PA0001895665 | 05/13/2014 | 05/16/2014 | 05/15/2014 |
| Surprise Surprise | PA0001892186 | 04/27/2014 | 04/29/2014 | 04/30/2014 |
| Tantric Massage | PA0001892180 | 04/25/2014 | 04/29/2014 | 04/30/2014 |
| Raw Passion | PA0001860979 | 08/18/2013 | 09/02/2013 | 04/28/2014 |
| Group Sex | PA0001892182 | 04/19/2014 | 04/29/2014 | 04/21/2014 |
| Double Tease | PA0001892183 | 04/17/2014 | 04/29/2014 | 04/21/2014 |

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Catching Up | PA0001889391 | 04/13/2014 | 04/15/2014 | 04/14/2014 |
| Rendezvous | PA0001889397 | 04/12/2014 | 04/15/2014 | 04/14/2014 |
| My Days in Rome | PA0001886187 | 03/28/2014 | 04/02/2014 | 04/01/2014 |
| Deep Blue Passion | PA0001885168 | 03/21/2014 | 03/24/2014 | 04/01/2014 |
| Fashion Fantasy | PA0001885185 | 03/13/2014 | 03/24/2014 | 03/17/2014 |
| Trophy Wife | PA0001883767 | 03/05/2014 | 03/22/2014 | 03/17/2014 |
| Making Music | PA0001883769 | 03/07/2014 | 03/22/2014 | 03/13/2014 |
| Remembering Strawberry Wine | PA0001885184 | 03/11/2014 | 03/24/2014 | 03/13/2014 |
| I Am In the Mood | PA0001880672 | 02/25/2014 | 02/27/2014 | 03/04/2014 |
| Feeling Frisky | PA0001880671 | 02/22/2014 | 02/27/2014 | 02/24/2014 |
| Just the Three of Us | PA0001880670 | 02/21/2014 | 02/27/2014 | 02/21/2014 |
| Pretty Little Belle | PA0001878425 | 02/09/2014 | 02/13/2014 | 02/21/2014 |
| Go Fish | PA0001880469 | 02/13/2014 | 02/21/2014 | 02/21/2014 |
| At Home With Tiffany | PA0001880496 | 02/17/2014 | 02/21/2014 | 02/21/2014 |
| Three Way is the Best Way | PA0001878426 | 02/04/2014 | 02/13/2014 | 02/07/2014 |
| Submissive Seduction | PA0001878420 | 02/07/2014 | 02/13/2014 | 02/07/2014 |
| Risky Business | PA0001878455 | 02/01/2014 | 02/18/2014 | 02/07/2014 |
| Mile High Club | PA0001877249 | 01/16/2014 | 01/26/2014 | 01/27/2014 |
| So Young | PA0001877472 | 01/25/2014 | 01/31/2014 | 01/27/2014 |
| Zeppelin on Fire | PA0001874614 | 01/04/2014 | 01/05/2014 | 01/16/2014 |
| No Turning Back Part #2 | PA0001874525 | 12/27/2013 | 12/30/2013 | 01/15/2014 |
| Playing Dress Up | PA0001874742 | 01/12/2014 | 01/15/2014 | 01/15/2014 |
| Model Couple on Vacation | PA0001874613 | 12/17/2013 | 12/26/2013 | 12/19/2013 |
| Good Night Kiss | PA0001872970 | 12/08/2013 | 12/11/2013 | 12/16/2013 |
| Tease and Please | PA0001871937 | 11/23/2013 | 11/29/2013 | 12/06/2013 |

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| LA Plans | PA0001869248 | 11/19/2013 | 11/22/2013 | 12/06/2013 |
| Arrest Me | PA0001871941 | 11/25/2013 | 11/29/2013 | 12/06/2013 |
| Ready for Love | PA0001872968 | 12/05/2013 | 12/07/2013 | 12/06/2013 |
| Awakening | PA0001868806 | 11/09/2013 | 11/10/2013 | 11/12/2013 |
| They Meet Again | PA0001866049 | 10/11/2013 | 10/16/2013 | 10/14/2013 |
| Alone Is A Dream Left Behind | PA0001860984 | 08/24/2013 | 09/10/2013 | 08/29/2013 |
| We Love Ourselves | PA0001860944 | 08/26/2013 | 09/08/2013 | 08/29/2013 |
| Introducing Mila | PA0001859652 | 07/23/2013 | 08/01/2013 | 07/29/2013 |
| Up Close and Personal | PA0001859653 | 07/21/2013 | 08/01/2013 | 07/25/2013 |
| Mad Passion | PA0001831083 | 02/28/2013 | 03/12/2013 | 07/19/2013 |
| I Love X Art | PA0001833296 | 03/29/2013 | 04/01/2013 | 07/19/2013 |
| Wonder Waltz | PA0001859655 | 07/15/2013 | 08/02/2013 | 07/18/2013 |
| Pool Party For Three | PA0001859656 | 07/13/2013 | 08/01/2013 | 07/17/2013 |
| Girls Who Like Girls | PA0001852676 | 06/20/2013 | 06/27/2013 | 07/07/2013 |
| Good Morning Baby | PA0001847655 | 06/04/2013 | 06/18/2013 | 07/06/2013 |
| Only Girls | PA0001852678 | 06/24/2013 | 06/27/2013 | 07/02/2013 |
| Sapphic Waltz | PA0001843110 | 05/07/2013 | 05/14/2013 | 06/03/2013 |
| Truth or Dare | PA0001846099 | 05/16/2013 | 06/30/2013 | 05/25/2013 |
| Names | PA0001843106 | 05/10/2013 | 05/14/2013 | 05/12/2013 |

**Total Malibu Media, LLC Copyrights Infringed: 115**

EXHIBIT B

SCA92