Brenna E. Erlbaum
**Law Offices of Brenna E. Erlbaum**
501 S. Reino Rd., #344
Newbury Park, CA 91320
[Phone]: 805-231-9798
[Email]: [brenna.erlbaum@gmail.com

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 75.32.224.164,<br>　　　　　Defendant. | Case Number: 3:16-cv-00786-JLS-NLS<br><br>**NOTICE OF CHANGE IN COUNSEL** |

　　　　PLEASE TAKE NOTICE that Brenna E. Erlbaum of Pillar Law Group, APLC hereby withdraws as attorney of record for Plaintiff, MALIBU MEDIA, LLC in this action. Counsel of record for Plaintiff otherwise remains the same.

Dated: December 22, 2016

　　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　By: /s/ Brenna E. Erlbaum
　　　　　　　　　　　　　　　　　　　　　BRENNA E. ERLBAUM

**CERTIFICATE OF SERVICE**

I hereby certify that on December 22, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

/s/ Brenna E. Erlbaum
Brenna E. Erlbaum